THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER T. REEHILL, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, without costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.